## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 448 - 1 | **DATE** | 6/5/2008 |
| **CASE TITLE** | United States of America vs. Vanessa Rhodes | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is granted. Defendant to be detained pending trial or order of the Court.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | mm |
|---|---|---|