## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 448 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | United States of America vs. Vanessa rhodes | | |

**DOCKET ENTRY TEXT**

Enter order of detention pursuant to the Court's ruling on 6/508.

■ [ For further detail see separate order(s).]　　　Docketing to mail notices.

Courtroom Deputy Initials: mm