UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE AMY ST. EVE

| UNITED STATES OF AMERICA | 08 CR 448    MAGISTRATE JUDGE SCHENKIER |
|---|---|
| v. | Violation: Title 21, United States Code, Section 846 |
| VANESSA RHODES, | |

FILED
J:N July 1, 2008
JUL X 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about June 2, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

VANESSA RHODES,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, in excess of one-hundred grams of a mixture containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 846.

_____
UNITED STATES ATTORNEY

No. 08 CR 448

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

VANESSA RHODES

INDICTMENT

Title 21 USC § 846

In violation of _____

A true bill,

_____ Foreman

Filed in open court this _____ day

of July A.D. 2008

Michael W. Dobbins
by Deputy _____ Clerk

Bail, $ _____