JUDGE AMY ST. EVE

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE SCHENKIER | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0448 | **DATE** | JULY 1, 2008 |
| **CASE TITLE** | US v. VANESSA RHODES | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL FEBRUARY 2008-1_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

RECEIVED

JUL 01 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NO BOND SET, DETAINED BY MAGISTRATE.**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices | DOCKET# |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing | |
| Notified counsel by telephone. | | | dpty. initials | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | Mailing | |
| Copy to judge/magistrate judge. | | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |