**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:  08-448

Vanessa L. Rhodes

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) <br> Jonathan Minkus |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jonathan Minkus |
| FIRM <br> The Law Offices of Jonathan Minkus |
| STREET ADDRESS <br> 5225 Old Orchard Road, Suite 50 |
| CITY/STATE/ZIP <br> Skokie, Illinois 60077 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183864 | TELEPHONE NUMBER <br> 847-966-0300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓        APPOINTED COUNSEL ☐ |