**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                 Case No.: 1:08−cr−00448

                                                  Honorable Amy J. St. Eve

Vanessa Rhodes

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Vanessa Rhodes: Arraignment as to Vanessa Rhodes (1) Count 1 held on 7/7/2008. Defendant enters a plea of not guilty to the Indictment. Rule 16.1 conference by 7/21/08. Status hearing set for 7/30/2008 at 09:00 AM. Defendant to remain in custody until further order of the court. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 7/7/08 to 7/30/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.